**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**


| | | |
|---|---|---|
| MATTHEW WUERFEL, | ) | CAUSE NO. 1:23-cv-00476 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPEEDWAY LLC, | ) | |
| | ) | |
| Defendant. | ) | |


## NOTICE OF REMOVAL

Thomas L. Davis, counsel for defendant Speedway LLC, states:

1.      On November 16, 2022, plaintiff Matthew Wuerfel, filed his Complaint for Damages against defendant Speedway LLC in the Marion County Superior Court of Indiana, under Cause No. 49D06-2211-CT-039667.

2.      Speedway LLC, a Delaware LLC, with its principal place of business in Ohio, is wholly owned by SEI Speedway Holdings, LLC, a Delaware LLC, with its principal place of business in Texas.

SEI Speedway Holdings LLC is wholly owned by 7-Eleven, Inc., a Texas corporation with its principal place of business in Texas.  7-Eleven, Inc. is wholly-owned by SEJ Asset Management & Investment Company, Inc. ("SAM"), a Delaware corporation, with its principal place of business in Texas.  SAM is owned, in part, by Seven & i Holdings, Co., Ltd and Seven-Eleven Japan Co., Ltd. ("SEJ"), Japanese corporations.   SEJ is wholly owned by Seven & i Holdings Co., Ltd., whose stock is publicly traded on the Tokyo Stock Exchange.

3.      Plaintiff is a citizen of the state of Indiana.

4.     The matter in controversy exceeds $75,000.00, exclusive of interests and costs; this action does not arise under the Workmen's Compensation laws of any state; is not brought against a common carrier or its receivers or trustees; does not arise under 45 U.S.C. §§ 51-60; and, therefore, this cause is removable to this Court under 28 U.S.C. § 1441(b).

5.     This Notice of Removal is being filed with this Court within 30 days of receipt of paper, specifically plaintiff's demand, confirming that the amount in controversy exceeds $75,000, that this case is now applicable for removal to this Court under 28 U.S.C. § 1446(b)(3).

6.     In accordance with Local Rule 81-2, counsel for defendant Speedway LLC verifies that a complete copy of the State Court Record is attached hereto as of the date of the filing of this removal. Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the Marion County Superior Court No. 6 of Indiana, that this Petition for Removal is being filed with this Court

WHEREFORE, defendant Speedway LLC prays that the entire state court action, under Cause No. 49D06-2211-CT-039667, now pending in the Marion County Superior Court of Indiana, be removed to this Court for all further proceedings.

FROST BROWN TODD LLP

By: */s/Thomas L. Davis*
    Thomas L. Davis, #4423-49
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 16th day of

March, 2023, electronically, upon the following:

Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Email: nathanf@kennunn.com

*/s/Thomas L. Davis*
Thomas L. Davis

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

0126183.0764388   4860-3158-5879v1