# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW WUERFEL, | ) CAUSE NO. 1:23-cv-00476-TAB-JMS |
| Plaintiff, | ) |
| v. | ) |
| SPEEDWAY LLC, | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Matthew Wuerfel, and Defendant, Speedway, LLC, by their respective counsel, having stipulated that said action shall be dismissed, with prejudice, and the court, being duly advised, now orders that said action is hereby dismissed with prejudice, each party to bear his own costs.

Date: 11/21/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution via ECF to all counsel of record.